IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY BRASWELL, as conservator of FRANK D. HORTON, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CORRECTIONS CORPORATION OF AMERICA, INC. <br><br> Defendant. | No. 3:08-0691 <br> Judge Nixon <br> Magistrate Judge Knowles |

## ORDER

Pending before the Court is Plaintiffs' Motion for Extension to Respond to Defendant's Motion to Dismiss ("Plaintiffs' Motion") (Doc. No. 8). Plaintiffs correctly note in their Motion that Defendant's Motion to Dismiss (Doc. No. 5) contained matters outside the pleadings. Under the Federal Rules, Defendant's Motion to Dismiss must therefore be treated as a Motion for Summary Judgment. FED. R. CIV. P. 12(d); Sims v. Mercy Hosp. of Monroe, 451 F.2d 171, 173 (6th Cir. 1971); CHARLES ALAN WRIGHT, ARTHUR R. MILLER & EDWARD H. COOPER, FEDERAL PRACTICE AND PROCEDURE § 1366 (3d ed. 2008). Accordingly, the Court **ORDERS** both parties to submit any supplemental briefing, supporting evidence, and other material which may be pertinent to disposition of this Motion on or before **September 1, 2008**.

It is so ORDERED.

Entered this 22nd day of August, 2008.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT