UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MARY BRASWELL, et al.** ) | |
| ) | |
| v.  ) | Civil Action No. 3:08-0691 |
| ) | Judge Nixon/Knowles |
| **CORRECTIONS CORPORATION OF** ) | |
| **AMERICA** ) | |

### O R D E R

Pending before the Court is Defendant's Motion to Continue Trial. Docket Entry No. 55. Upon consultation with Judge Nixon's Office, this Motion is granted. The jury trial is reset for **October 12, 2012, at 9:00 a.m**. The pretrial conference is reset for **September 14, 2012, at 10:00 a.m.**

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge