UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARY BRASWELL, et al.** | ) | |
| | ) | |
| **vs.** | ) | Civil Action No. 3:08-0691 |
| | ) | Judge Nixon/Knowles |
| **CORRECTIONS CORPORATION OF** | ) | |
| **AMERICA** | ) | |

### **O R D E R**

The Order of the Court entered on the docket on July 27, 2011 (Docket Entry No. 56), is hereby amended as follows: *The jury trial is reset for* **October 2, 2012,** *at 9:00 a.m.*

All other provisions of the previously entered Order shall remain in effect as ordered.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge